Nathan V. Okelberry (SBN 266596)
E-Mail: nokelberry@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
ASSOCIATED PRODUCTION MUSIC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOAIZA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASSOCIATED PRODUCTION MUSIC, LLC, a New York limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No:   2:21-cv-02594-JFW-PD<br><br>**DEFENDANT'S CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. PROC. 7.1 AND LOCAL RULE 7.1-1**<br><br>Complaint Filed:   April 13, 2021<br>Trial Date:   None |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, DEFENDANT ASSOCIATED PRODUCTION MUSIC, LLC states that there are no parent corporations or publicly held corporations owning 10% or more of its stock.

DATE: August 19, 2021            FISHER & PHILLIPS LLP

/s/ Nathan V. Okelberry
By: _____
Nathan V. Okelberry
Attorneys for Defendant
ASSOCIATED PRODUCTION MUSIC, LLC

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 444 South Flower Street, Suite 1500, Los Angeles, California 90071.

On August 19, 2021 I served the foregoing document entitled **DEFENDANT'S CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. PROC. 7.1 AND LOCAL RULE 7.1-1** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Thiago Coelho, SBN 324715<br>Jasmine Behroozan, SBN 325761<br>WILSHIRE LAW FIRM<br>3055 Wilshire Blvd., 12th Floor<br>Los Angeles, California 90010<br>Telephone: (213) 381-9988<br>Facsimile: (213) 381-9989 | *Attorneys for Plaintiff and Proposed Class*<br><br>E-mail:<br>thiago@wilshirelawfirm.com<br>jasmine@wilshirelawfirm.com |

☐ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** - I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with Attorney Service Name and Address .

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed August 19, 2021 at Los Angeles, California.

| | |
|---|---|
| MELODY BIGLAY<br>Print Name | By: /s/ Melody Biglay<br>Signature |